UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE TEAMSTERS BENEFIT TRUST,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RECOLOGY OF THE COAST,<br><br>　　　　Defendant. | Case No.  15-cv-00628-KAW<br><br>**ORDER TO FILE STIPULATION OF DISMISSAL WITHIN 60 DAYS** |

On May 26, 2015, the parties to the above-captioned case filed a Notice of Settlement, Dkt. No. 9. The parties shall file a stipulation of dismissal within 60 days of this order, absent any extension ordered by the Court. The case management conference currently set for June 23, 2015 is continued to September 8, 2015. The Court notes that the parties have not complied with the Clerk's Notice issued on June 3, 2015, pursuant to which the parties were to file a consent or declination by June 17, 2015. They shall do so prior to filing their stipulation of dismissal.

IT IS SO ORDERED.

Dated: 06/18/2015

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　KANDIS A. WESTMORE
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge