```
TEAGUE P. PATERSON, SBN 226659
```
**BEESON, TAYER & BODINE, APC**
483 Ninth Street, 2nd Floor
Oakland, CA  94607
Telephone:     (510) 625-9700
Facsimile:      (510) 625-8275
Email:           tpaterson@beesontayer.com

Attorneys for Plaintiff
TRUSTEES OF THE TEAMSTERS BENEFIT TRUST

JOHN F. BAUM, SBN 148366
KRISTIN L. OLIVEIRA, SBN 204384
**HIRSCHFELD KRAEMER LLP**
505 Montgomery Street, 13th Floor
San Francisco, CA  94111
Telephone:     (415) 835-9000
Facsimile:      (415) 834-0443
Email:           jbaum@hkemploymentlaw.com
                   koliveira@hkemploymentlaw.com

Attorneys for Defendant
RECOLOGY OF THE COAST

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| TRUSTEES OF THE TEAMSTERS BENEFIT TRUST,<br><br>Plaintiff,<br><br>v.<br><br>RECOLOGY OF THE COAST,<br><br>Defendant. | Case No. 15-cv-00628-KAW<br><br>**NOTICE TO DISMISS WITH PREJUDICE [FRCP 41(a)(1)]** |

Pursuant to FRCP 41(a)(1)(A)(ii) the parties hereby stipulate to the dismissal of this action with prejudice, the parties having entered into a settlement agreement that fully resolves this matter.

//

1  The parties shall bear their own fees and costs.

2

3 Dated:  July 23, 2015                    BEESON, TAYER & BODINE, APC

4

5                                          By:  /s/ Teague Paterson_____
                                                TEAGUE P. PATERSON
                                           Attorneys for Plaintiff TRUSTEES OF THE
6                                          TEAMSTERS BENEFIT TRUST

7

8 Dated:  July 23, 2015                    HIRSCHFELD KRAEMER LLP

9

10                                         By:  /s/ John F. Baum_____
                                                JOHN F. BAUM
11                                         Attorneys for Defendant RECOLOGY OF
                                           THE COAST

12

13

14 **IT IS SO ORDERED:**

15

16

17 Dated:  __7/27_____, 2015          _____Kandis Westmore_____
18                                         HONORABLE KANDIS A. WESTMORE
                                           United States Magistrate Judge
19

20

21

22

23

24

25

26

27

28

**NOTICE TO DISMISS WITH PREJUDICE [FRCP 41(a)(1)]**                Notice to Dismiss with
                                                                   Prejudice
Case No. Case No. 15-cv-00628-KAW